# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Marc S. Cason | *  Civil Action No. CCB-00-2115 |
| v. | * |
| Warden MHC-Annex<br>Unnamed Correctional Officers | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the Motion to Strike this Court's Order of Appointment dated May 18, 2001 and for good cause shown it is this 21st day of June, 2001;

ORDERED:

That said motion shall be and hereby is granted; and

ORDERED that George E. Reede, Jr., Esquire and Niles, Barton & Wilmer, LLP shall be and hereby are stricken as counsel for Plaintiff.

_____
Catherine C. Blake
United States District Judge

JUN 2 1