```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        JUL 1 6 2001
        AT BALTIMORE
   CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
                        DEPUTY
BY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Marc S. Cason | CIVIL ACTION NO. |
| v. | CCB-00-2115 |
| Warden MHC-Annex<br>Unnamed Correctional Officers | |

## O R D E R

IT IS HEREBY ORDERED, this _16_ day of July, 2001 that Robert C. Morgan, Esq., Morgan, Shelsby, Carlo, Downs & Everton, P.A. 4 North Point Drive, Suite 404, Hunt Valley, MD 21030-1876 be appointed to represent Plaintiff in the above captioned civil action, <u>without compensation</u>, except as allowed by any applicable law. The Clerk is directed to enter his appearance.

_____
Catherine C. Blake
United States District Judge