IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 31  P 12: 52

CLERK'S OFFICE
AT BALTIMORE

Y_____ DEPUTY

| | |
|---|---|
| MARC S. CASON, SR #180571 * | |
| Plaintiff * | |
| v. * | Case No. CCB-00-2115 |
| MARYLAND DIVISION OF * CORRECTION | |
| MARYLAND HOUSE OF CORRECTION * | |
| WARDEN OF MHC-ANNEX (1997) | |
| CHIEF OF SECURITY OF MHC-ANNEX * (1997) | |
| UNNAMED CORRECTIONAL OFFICERS* | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon the motion of the Plaintiff, through appointed counsel, to modify this Court's Order of May 3, 2001, IT IS this ___31st___ day of ___July 2001___ by the United States District Court for the District of Maryland hereby **ORDERED**:

1. The Motion to Amend the Order of May 3, 2001 be and hereby **IS GRANTED**;

2. That paragraph 6 of the Order of May 3, 2001 is hereby amended to read as follows: That appointed counsel promptly review the pleadings; amend the Complaint if appropriate; initiate service of process on all necessary Defendants, and file a status report on or before October 15, 2001.

_____
Catherine C. Blake
United States District Judge

