SCHULMAN, TREEM, KAMINKOW,
GILDEN & RAVENELL, P.A.
ATTORNEYS AT LAW

SUITE 1800, THE WORLD TRADE CENTER
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

JOSHUA R. TREEM*
ROBERT B. SCHULMAN
MICHAEL E. KAMINKOW
STEVE G. GILDEN
KENNETH W. RAVENELL
HARRY LEVY**
LESLIE D. HERSHFIELD**
RODNEY C. WARREN
ERIN C. MURPHY
ROBYNE L. SHERMAN
TIMOTHY DOLE

* ALSO ADMITTED IN CO
** ALSO ADMITTED IN D.C.

(410) 332-0850
(410) 659-0111
FAX (410) 332-0866

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 29 A 10: 41

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

November 27, 2001

The Honorable Catherine C. Blake
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Cason v. Maryland Division of Correction
           Civil Action CCB-00-2115

Dear Judge Blake:

    Pursuant to the Court's Order of September 21, 2001, Plaintiff Marc S. Cason ("Cason") provides the following information as a Status Report.

    A.    The Plaintiff is filing today a Second Amended Complaint, adding two correctional guards and the Plaintiff's case worker as defendants. The Plaintiff may need to add additional defendants after Defendants provide their discovery responses.

    B.    The Plaintiff will file his First Set of Interrogatories to each defendant and First Set of Request for Production of Documents to each defendant no later than November 30, 2001.

    C.    Counsel for the Plaintiff has traveled to Cumberland and met with the Plaintiff to discuss the substance and facts of his claim.

    D.    Undersigned counsel has conferred with Assistant Attorney General Stephanie Lane-Weber. Ms. Weber has agreed to accept service for the newly named defendants provided that they are still employed by the Division of Correction. She has also agreed to promptly notify counsel for Plaintiff if the newly named defendants are not so employed, subpoenas will be promptly issued and served.



SCHULMAN, TREEM, KAMINKOW, GILDEN & RAVENELL, P.A.
The Honorable Catherine C. Blake
November 27, 2001
Page 2

    E.    Counsel have agreed upon a tentative discovery schedule, subject to approval by the Court. Counsel would respectfully request that the discovery deadline date be April 30, 2002, and that the time for filing dispositive motions be set for June 15, 2002.

Thank you for your cooperation.

                        Very truly yours,

                        Leslie D. Hershfield

LDH:bl

cc:    Stephanie Lane-Weber, Esquire
       Marc S. Cason

*Approved.*
*Status Report due April 30, 2002.*
*C. Blake*
*USDJ 11/29/01*