IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARC S. CASON, SR., #180571 | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. CCB-00-2115 |
| TERRICETTA JACKSON, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The aforegoing Consented Motion for Leave of Court to Depose Inmate Confined in the Maryland Division of Correction, having been read and considered, it is this 21 day of March, 2002, by the United States District Court for the District of Maryland,

**ORDERED**, pursuant to Fed.R.Civ.P. 30(a)(2) that Defendants are hereby granted leave to depose inmate Marc S. Cason on Tuesday, April 23, 2002, at 11:00 a.m. to continue, if necessary, at the Western Correctional Institution, Cumberland, Maryland.

_____
CATHERINE C. BLAKE
United States District Judge