## SCHULMAN, TREEM, KAMINKOW, GILDEN & RAVENELL, P. A.
### ATTORNEYS AT LAW
SUITE 1800, THE WORLD TRADE CENTER
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

JOSHUA R. TREEM*
ROBERT B. SCHULMAN
MICHAEL E. KAMINKOW
STEVE G. GILDEN
KENNETH W. RAVENELL
HARRY LEVY**
LESLIE D. HERSHFIELD**
RODNEY C. WARREN
ERIN C. MURPHY
ROBYNE L. SHERMAN
TIMOTHY DOLE

\* ALSO ADMITTED IN CO
\*\* ALSO ADMITTED IN D.C.

(410) 332-0850
(410) 659-0111
FAX (410) 332-0866





July 15, 2002

The Honorable Catherine C. Blake
U.S. District Court, District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Cason v. Maryland Division of Correction
              United States District Court for the District of Maryland
              Civil Action No. CCB-00-2115

Dear Judge Blake:

    The Defendants have filed a Motion for Summary Judgment. This Court granted an extension until July 29th for the Plaintiff's response. Due to the press of other matters, the Plaintiff's would respectfully request an additional extension until August 19th. Stephanie Lane-Weber, counsel for the Defendants, has no objection to this request.

    Thank you for your consideration of this request.

                                        Very truly yours,

                                        Leslie D. Hershfield

LDH:bl
cc:    Stephanie Lane-Weber, Esquire
        Marc S. Cason
        Court file: CCB-00-2115