## SCHULMAN, TREEM, KAMINKOW, GILDEN & RAVENELL, P.A.
ATTORNEYS AT LAW

SUITE 1800, THE WORLD TRADE CENTER

401 EAST PRATT STREET

BALTIMORE, MARYLAND 21202

JOSHUA R. TREEM*
ROBERT B. SCHULMAN
MICHAEL E. KAMINKOW
STEVE G. GILDEN
KENNETH W. RAVENELL
HARRY LEVY**
LESLIE D. HERSHFIELD**
RODNEY C. WARREN
ERIN C. MURPHY
ROBYNE L. SHERMAN
TIMOTHY DOLE

\* ALSO ADMITTED IN CO
\*\* ALSO ADMITTED IN D.C.

(410) 332-0850
(410) 659-0111
FAX (410) 332-0866

August 15, 2002

The Honorable Catherine C. Blake
U.S. District Court, District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Cason v. Maryland Division of Correction
             United States District Court for the District of Maryland
             <u>Civil Action No. CCB-00-2115</u>

Dear Judge Blake:

    The Defendants have filed a Motion for Summary Judgment. This Court granted an extension until August 19th for the Plaintiff's response. Due to the press of other matters, the Plaintiff would respectfully request a final extension until Tuesday, August 27th. Stephanie Lane-Weber, counsel for the Defendants, has no objection to this request. Because of Ms. Lane-Weber's previously scheduled vacation, she would respectfully request an extension to file her reply to Monday, September 16th. I have no objection to Ms. Lane-Weber's request.

    Thank you for your consideration of this request.

                                  Very truly yours,

                                  Leslie D. Hershfield

LDH:bl
cc:    Stephanie Lane-Weber, Esquire
        Marc S. Cason
        Court file: CCB-00-2115

*Stamps: FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 AUG 21 BALTIMORE; RECEIVED IN THE OFFICE OF CATHERINE C. BLAKE UNITED STATES DISTRICT JUDGE; Approved /s/ C. Blake 8/21/02*