| J. JOSEPH CURRAN, JR.<br>**Attorney General**<br><br>Slaneweber@oag.state.md.us<br>E-MAIL |  | CARMEN M. SHEPARD<br>DONNA HILL STATON<br>**Deputy Attorneys General** |
|---|---|---|

FILED
U.S. DISTRICT COURT
2002 SEP 17  A 10: 11

(410) 576-6880

TELECOPIER NO.

**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**

(410) 576-6340

WRITER'S DIRECT DIAL NO.

September 16, 2002

<u>Hand-Delivered</u>

The Honorable Catherine C. Blake
United States District Court
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

   Re: <u>Marc S. Cason, Sr., #180-571 v. Terricetta Jackson, et al.</u>
     Civil No. CCB-00-2115

Dear Judge Blake:

  According to the present schedule, the Defendants' Response to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is due today. To file such a Response, Defendants request that they be granted one additional week. This request is because undersigned counsel's calender has been filled with unanticipated litigation. Leslie D. Hershfield, Esq., Plaintiff's attorney, kindly agrees to the granting of the extension.

  Thank you for your consideration.

               Very truly yours,

               Stephanie Lane-Weber

cc: Leslie D. Hershfield, Esq.
   Court file: CCB-00-2115

Approved /s/ CCB 9/17/02

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE
SEP 2002
U.S. DISTRICT JUDGE

---

200 Saint Paul Place ♦ Baltimore, Maryland 21202-2021
Telephone Numbers: (410) 576-6300 ♦ D.C. Metro 470-7534
Telephone for Deaf: (410) 576-6372