IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARC S. CASON, SR. | : | |
| v. | : | CIVIL NO. CCB-00-2115 |
| MARYLAND DIVISION OF CORRECTION | : | |

...oOo...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. defendants' Motion for Summary Judgment is **Granted**;

2. the Clerk is directed to **Close** this case; and

3. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

_1/31/03_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge